UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **VERONICA LAFANETTE** | * | **CIVIL ACTION NO.**_____ |
| Plaintiff | * | |
| **VERSUS** | * | |
| **IMMACULATE CONCEPTION CATHEDRAL SCHOOL BOARD AND CHRISTI JARREAU** | * | **JUDGE** _____ |
| Defendant | * | **MAGISTRATE JUDGE** _____ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF REMOVAL**

TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA, LAKE CHARLES DIVISION

Petitioners, **The Congregation of the Immaculate Conception Roman Catholic Church of the Parish of Calcasieu** (improperly designated as "Immaculate Conception Cathedral School Board" in Plaintiff's Petition for Damages; hereinafter sometimes referred to as "Immaculate Conception") and **Christi Jarreau** (improperly designated as "Jareau" in Plaintiff's Petition for Damages; hereinafter sometimes referred to as "Jarreau"), through undersigned counsel, with full reservation of any and all defenses and rights to plead and except further herein, respectfully files this Notice of Removal and hereby removes to this Court the State Court action described below. Removal is warranted under *28 U.S.C. §1441* because this is a matter involving federal questions over which this Court has original jurisdiction under *28 U.S.C. §1331*.

1. On or about December 3, 2018, Plaintiff, **Veronica Lafanette** ("Lafanette"), commenced this civil action against Immaculate Conception and Jarreau by filing a Petition for

1

Damages in the 14th Judicial District Court, Parish of Calcasieu, State of Louisiana, styled "Veronica Lafanette vs. Immaculate Conception Cathedral School Board and Christi Jareau", bearing docket No. 2018-5088 (hereinafter sometimes referred to as the "action"). This matter involves claims of race and disability discrimination arising out of Lafanette's contract of employment with Immaculate Conception.

2. As more fully set forth below, this case is properly removed to this Court pursuant to *28 U.S.C. §§1331, 1441 and 1446* because Immaculate Conception and Jarreau have (1) satisfied the procedural requirements for removal, and (2) this Court has subject matter jurisdiction over this action pursuant to *28 U.S.C. §1331 and 1441*.

**I. IMMACULATE CONCEPTION AND JARREAU HAVE SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL.**

3. According to the record of the action, Immaculate Conception and Jarreau were both served with Plaintiff's Petition for Damages on December 17, 2018. A copy of all pleadings and related filings are attached collectively as "Exhibit A". Accordingly, this Notice of Removal is timely filed pursuant to *28 U.S.C. §1446(b)*. See also, *Murphy Brothers, Inc. v. Michetti Pipe Stringing Co., Inc.*, 526 U.S. 344, 119 S.Ct. 1332, 143 L.Ed. 2d 448 (1999).

4. The 14th Judicial District Court, Parish of Calcasieu State of Louisiana, is located within the Western District of Louisiana, Lake Charles Division. Therefore, venue is proper pursuant to *28 U.S.C. §98(c)* because it is the "district and division embracing the place where such action is pending." See *28 U.S.C. §1441(a)*.

5. No previous application has been made for the relief requested herein.

6. No further proceedings have been filed in the State Court action.

7. Pursuant to *28 U.S.C. §1446(a)*, a copy of all pleadings and related filings provided to Immaculate Conception and Jarreau, which papers include the Petition for Damages,

are attached. Pursuant to *28 U.S.C. §1446(d)*, a copy of the Notice of Removal is being served upon counsel of record for Plaintiff, and a copy is being filed with the Clerk of Court of the 14th Judicial District Court, Parish of Calcasieu, State of Louisiana.

## II. REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO *28 U.S.C §§1331 AND 1441*.

8. The action is a civil action over which this Court has original jurisdiction under *28 U.S.C. §1331* and is one which may be removed to this Court under *28 U.S.C. §1441*. The action raises questions based upon federal law.

9. Lafanette alleges in her Petition for Damages that she is a member of a protected class based upon her race (African-American) and disability (diagnosed with lupus). She further alleges that Jarreau was aware of her membership in these protected classes, that Jarreau discriminated against her based upon her race and disability, and that Immaculate Conception is vicariously liable for the actions of Jarreau.

10. Removal is appropriate under *28 U.S.C. §§1331 and 1441(a) and (c)*. Although not specifically alleged, Lafanette's claims are clearly based upon her belief that Immaculate Conception and Jarreau have violated Title VII of the Civil Rights Act of 1964, 42 *U.S.C. §2000, et seq.*, and the Americans with Disabilities Act, *42 U.S.C. §12101, et seq*. As these are federal laws, federal question (and original) jurisdiction arises. *28 U.S.C. §1331*. To the extent she asserts claims under both federal and Louisiana law, this Court may exercise supplemental jurisdiction over those state law claims pursuant to *28 U.S.C. §1441(c)*.

## III. CONCLUSION

11. Under the applicable provisions of *28 U.S.C. §§1331 and 1441* and other applicable statutes, all of which Immaculate Conception and Jarreau have complied with, this

3

cause of action is removable to the Lake Charles Division of the United States District Court for the Western District of Louisiana.

12. Defendants reserve the right to supplement or amend this Notice of Removal.

13. Defendants hereby reserve any and all rights to assert defenses to Plaintiff's Petition, including, but not limited to, insufficiency of service of process, lack of personal jurisdiction, improper venue, lack of procedural capacity, prematurity improper cumulation of actions, no right of action, lack of standing, prescription, preemption, res judicata, collateral estoppel, no cause of action, and failure of Plaintiff's claims to fall within the scope of claims made and required to be made through administrative procedures.

14. Defendants reserve all defenses and exceptions, and the filing of this Notice of Removal is subject to, and without waiver, of any and all defenses.

WHEREFORE, premises considered, The Congregation of the Immaculate Conception Roman Catholic Church of the Parish of Calcasieu and Christi Jarreau, respectfully request that this action proceed in this Court as an action properly removed to it.

Dated:  January 10, 2019.

>Respectfully submitted,
>
>STOCKWELL, SIEVERT, VICCELLIO,
>  CLEMENTS & SHADDOCK, L.L.P.
>
>BY:     s/DAVID L. MORGAN
>           DAVID L. MORGAN
>           La. Bar Roll No. 27015
>           ROSS M. RALEY
>           La. Bar Roll No. 33323
>           One Lakeside Plaza, 4th Floor
>           Chase Building
>           P.O. Box 2900
>           Lake Charles, LA  70602
>       Attorneys for The Congregation of the
>       Immaculate Conception Roman Catholic

        Church of the Parish of Calcasieu and
Christi Jarreau

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE ABOVE AND FOREGOING Notice of Removal was filed electronically with the Clerk of Court using the CM/ECF system.  I also certify a copy of the foregoing was placed in the United States mail, postage prepaid, this 10th day of January, 2019, to:

**JANET MADISON**
**TODD S. CLEMONS**
**1740 Ryan Street**
**Lake Charles, LA 70601**
**(337) 477-4580 (facsimile)**

Attorneys for Plaintiff, **VERONICA LAFANETTE**

          s/David L. Morgan
        DAVID L. MORGAN
        ROSS M. RALEY