| | | |
|---|---|---|
| **VERONICA LAFANETTE** | : | **14TH JUDICIAL DISTRICT COURT** |
| **VS. 2018-005088** | : | **PARISH OF CALCASIEU** |
| **IMMACULATE CONCEPTION CATHEDRAL SCHOOL BOARD AND CHRISTI JARREAU** | : | **STATE OF LOUISIANA** |
| **FILED:________________** | : | ________________________ **DEPUTY CLERK** |

**NOTICE OF FILING OF REMOVAL**

CALCASIEU CLERK-COST
JAN 10 2019 PM01:40:25

TO: Clerk of Court
14th Judicial District
Parish of Calcasieu
State of Louisiana

**PLEASE TAKE NOTICE** that on the 10th day of January, 2019, **THE CONGREGATION OF THE IMMACULATE CONCEPTION ROMAN CATHOLIC CHURCH OF THE PARISH OF CALCASIEU and CHRISTI JARREAU**, Defendants in the above-entitled cause, filed with the United States District Court for the Western District of Louisiana, Lake Charles Division, a Notice of Removal for the removal of that certain action entitled "Veronica Lafanette v Immaculate Conception Cathedral School Board and Christi Jarreau", from the 14th Judicial District Court, Parish of Calcasieu, State of Louisiana, Docket No. 2018-5088, to the United States District Court for the Western District of Louisiana, Lake Charles Division. A copy of the Notice of Removal is attached hereto as Exhibit "A".

**DATED** this 10th day of January, 2019.

Respectfully submitted,

STOCKWELL, SIEVERT, VICCELLIO, CLEMENTS & SHADDOCK, L.L.P.

BY:________________________
DAVID L. MORGAN
La. Bar Roll No. 27015
ROSS M. RALEY
La. Bar Roll No. 33323
One Lakeside Plaza, 4th Floor
Chase Building
P.O. Box 2900
Lake Charles, LA 70602

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A COPY OF THE ABOVE AND FOREGOING** Notice of Filing of Removal was placed in the United States mail, postage prepaid, this 10th day of January, 2019 to:

**JANET MADISON**
**TODD S. CLEMONS**
**1740 Ryan Street**
**Lake Charles, LA 70601**
**(337) 477-4580 (facsimile)**

Attorney for Plaintiff, **VERONICA LAFANETTE**

DAVID L. MORGAN
ROSS M. RALEY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| VERONICA LAFANETTE | * | CIVIL ACTION NO.__________ |
| | * | |
| Plaintiff | * | |
| | * | |
| VERSUS | * | |
| | * | |
| IMMACULATE CONCEPTION CATHEDRAL SCHOOL BOARD AND CHRISTI JARREAU | * | JUDGE ______________ |
| | * | |
| | * | |
| | * | MAGISTRATE JUDGE ___________ |
| Defendant | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF REMOVAL**

TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA, LAKE CHARLES DIVISION

Petitioners, **The Congregation of the Immaculate Conception Roman Catholic Church of the Parish of Calcasieu** (improperly designated as "Immaculate Conception Cathedral School Board" in Plaintiff's Petition for Damages; hereinafter sometimes referred to as "Immaculate Conception") and **Christi Jarreau** (improperly designated as "Jareau" in Plaintiff's Petition for Damages; hereinafter sometimes referred to as "Jarreau"), through undersigned counsel, with full reservation of any and all defenses and rights to plead and except further herein, respectfully files this Notice of Removal and hereby removes to this Court the State Court action described below. Removal is warranted under *28 U.S.C. §1441* because this is a matter involving federal questions over which this Court has original jurisdiction under *28 U.S.C. §1331*.

1. On or about December 3, 2018, Plaintiff, **Veronica Lafanette** ("Lafanette"), commenced this civil action against Immaculate Conception and Jarreau by filing a Petition for





Damages in the 14th Judicial District Court, Parish of Calcasieu, State of Louisiana, styled "Veronica Lafanette vs. Immaculate Conception Cathedral School Board and Christi Jareau", bearing docket No. 2018-5088 (hereinafter sometimes referred to as the "action"). This matter involves claims of race and disability discrimination arising out of Lafanette's contract of employment with Immaculate Conception.

2. As more fully set forth below, this case is properly removed to this Court pursuant to *28 U.S.C. §§1331, 1441 and 1446* because Immaculate Conception and Jarreau have (1) satisfied the procedural requirements for removal, and (2) this Court has subject matter jurisdiction over this action pursuant to *28 U.S.C. §1331 and 1441*.

## I. IMMACULATE CONCEPTION AND JARREAU HAVE SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL.

3. According to the record of the action, Immaculate Conception and Jarreau were both served with Plaintiff's Petition for Damages on December 17, 2018. A copy of all pleadings and related filings are attached collectively as "Exhibit A". Accordingly, this Notice of Removal is timely filed pursuant to *28 U.S.C. §1446(b)*. See also, *Murphy Brothers, Inc. v. Michetti Pipe Stringing Co., Inc.*, 526 U.S. 344, 119 S.Ct. 1332, 143 L.Ed. 2d 448 (1999).

4. The 14th Judicial District Court, Parish of Calcasieu State of Louisiana, is located within the Western District of Louisiana, Lake Charles Division. Therefore, venue is proper pursuant to *28 U.S.C. §98(c)* because it is the "district and division embracing the place where such action is pending." See *28 U.S.C. §1441(a)*.

5. No previous application has been made for the relief requested herein.

6. No further proceedings have been filed in the State Court action.

7. Pursuant to *28 U.S.C. §1446(a)*, a copy of all pleadings and related filings provided to Immaculate Conception and Jarreau, which papers include the Petition for Damages,

are attached. Pursuant to *28 U.S.C. §1446(d)*, a copy of the Notice of Removal is being served upon counsel of record for Plaintiff, and a copy is being filed with the Clerk of Court of the 14th Judicial District Court, Parish of Calcasieu, State of Louisiana.

**II. REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO *28 U.S.C §§1331 AND 1441.***

8. The action is a civil action over which this Court has original jurisdiction under *28 U.S.C. §1331* and is one which may be removed to this Court under *28 U.S.C. §1441*. The action raises questions based upon federal law.

9. Lafanette alleges in her Petition for Damages that she is a member of a protected class based upon her race (African-American) and disability (diagnosed with lupus). She further alleges that Jarreau was aware of her membership in these protected classes, that Jarreau discriminated against her based upon her race and disability, and that Immaculate Conception is vicariously liable for the actions of Jarreau.

10. Removal is appropriate under *28 U.S.C. §§1331 and 1441(a) and (c).* Although not specifically alleged, Lafanette's claims are clearly based upon her belief that Immaculate Conception and Jarreau have violated Title VII of the Civil Rights Act of 1964, 42 *U.S.C. §2000, et seq.,* and the Americans with Disabilities Act, *42 U.S.C. §12101, et seq*. As these are federal laws, federal question (and original) jurisdiction arises. *28 U.S.C. §1331*. To the extent she asserts claims under both federal and Louisiana law, this Court may exercise supplemental jurisdiction over those state law claims pursuant to *28 U.S.C. §1441(c)*.

**III. CONCLUSION**

11. Under the applicable provisions of *28 U.S.C. §§1331 and 1441* and other applicable statutes, all of which Immaculate Conception and Jarreau have complied with, this

cause of action is removable to the Lake Charles Division of the United States District Court for the Western District of Louisiana.

12. Defendants reserve the right to supplement or amend this Notice of Removal.

13. Defendants hereby reserve any and all rights to assert defenses to Plaintiff's Petition, including, but not limited to, insufficiency of service of process, lack of personal jurisdiction, improper venue, lack of procedural capacity, prematurity improper cumulation of actions, no right of action, lack of standing, prescription, preemption, res judicata, collateral estoppel, no cause of action, and failure of Plaintiff's claims to fall within the scope of claims made and required to be made through administrative procedures.

14. Defendants reserve all defenses and exceptions, and the filing of this Notice of Removal is subject to, and without waiver, of any and all defenses.

WHEREFORE, premises considered, The Congregation of the Immaculate Conception Roman Catholic Church of the Parish of Calcasieu and Christi Jarreau, respectfully request that this action proceed in this Court as an action properly removed to it.

Dated: January 10, 2019.

Respectfully submitted,

STOCKWELL, SIEVERT, VICCELLIO, CLEMENTS & SHADDOCK, L.L.P.

BY: s/DAVID L. MORGAN
DAVID L. MORGAN
La. Bar Roll No. 27015
ROSS M. RALEY
La. Bar Roll No. 33323
One Lakeside Plaza, 4th Floor
Chase Building
P.O. Box 2900
Lake Charles, LA 70602
Attorneys for The Congregation of the Immaculate Conception Roman Catholic

Church of the Parish of Calcasieu and
Christi Jarreau

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT A COPY OF THE ABOVE AND FOREGOING Notice of Removal was filed electronically with the Clerk of Court using the CM/ECF system. I also certify a copy of the foregoing was placed in the United States mail, postage prepaid, this 10th day of January, 2019, to:

**JANET MADISON**
**TODD S. CLEMONS**
**1740 Ryan Street**
**Lake Charles, LA 70601**
**(337) 477-4580 (facsimile)**

Attorneys for Plaintiff, **VERONICA LAFANETTE**

s/David L. Morgan
DAVID L. MORGAN
ROSS M. RALEY

Volume Created 1/2/2019 9:44:55 AM **VOL** **of** **DIV** F

**No.** 2018-005088

# Fourteenth Judicial District Court
# CALCASIEU PARISH, LA

VERONICA LAFANETTE

*Plaintiff*

VS.

IMMACULATE CONCEPTION CATHEDRAL SCHOOL BOARD **AND CHRISTI JAREAU**

*Defendant*

JANET D MADISON

*Attorney for Plaintiff*

*Attorney for Defendant*

Date Filed: 12/03/2018

No. 2018-005088

Preliminary Default Entered: ______________

No. 2018-005088

No. 2018-005088




**H. LYNN JONES II**
Clerk of Court and Ex-Officio Recorder
Fourteenth Judicial District of Louisiana
Parish of Calcasieu - Lake Charles, Louisiana
Ph. 337-437-3550 Fax 337-437-3350




2018-005088

The Calcasieu Parish Clerk of Court is the custodian of this record. As a courtesy we allow local attorneys to check out the records. If you have borrowed this record from our office; 14th JDC Local Rule 24 allows for a period of no more than 72 hours. Documents are also accessible through our website at www.calclerkofcourt.com.

**EXHIBIT**

**A**

Filing Date: 12/03/2018 12:00 AM Page Count: 3
Case Number: 2018-005088
Document Name: PETITION

| | | |
|---|---|---|
| **VERONICA LAFANETTE** | : | **14TH JUDICIAL DISTRICT COURT** |
| | : | **PARISH OF CALCASIEU** |
| **VS. NO.** 2018-5088 F | | |
| **IMMACULATE CONCEPTION CATHEDRAL SCHOOL SCHOOL BOARD** | : | **STATE OF LOUISIANA** |
| **AND** | | |
| **CHRISTI JAREAU** | | |
| **FILED:** DEC 03 2018 | : | Romona Ballou **DEPUTY CLERK** |

**PETITION FOR DAMAGES**

The Petition of **VERONICA LAFANETTE** (hereinafter "Mrs. Lafanette"), an individual of the full age of majority residing in Calcasieu Parish, Louisiana, respectfully represents:

1.

Made defendants herein are:

1. Immaculate Conception Cathedral School School Board (hereinafter "Immaculate"), who may be served through its Superintendent, Kimberlee Gazzolo, at 1536 Ryan Street, Lake Charles, Louisiana 70601.

2. Christi Jareau (hereinafter "Jareau"), an individual of full age of majority, who may be served at 1536 Ryan Street, Lake Charles, Louisiana 70601.

2.

Mrs. Lafanette was employed by Immaculate from August 2000 to May 2018. Until May 2018, Mrs. Lafanette held the positions of both teacher and school bus driver. Mrs. Lafanette was under the supervision of Principal Christi Jareau.

SCANNED DEC 18 2018

3.

Mrs. Lafanette is a member of a protected class based on her race, which is African-American. She is also a member of a protected class based on her being disabled by having lupus. Jareau knew of Mrs. Lafanette's race and disability.

4.

In April, 2018, Jareau informed Mrs. Lafanette that she was being terminated for not following school curriculum and using her cellular phone during work hours.


C M S 6 2 7 7 4 5 9
Filing Date: 12/03/2018 12:00 AM
Case Number: 2018-005088
Document Name: PETITION
Page Count: 3
PROCESSED Date: DEC 13 2018
DEC 03 2018
005424
Todd S. Clemons
$ 425.00

5.

During her employment, Mrs. Lafanette witnessed various employees of the same race as Jarreau, causcasion, using their cellular telephones during work hours. Upon information and belief, Jareau knew these employees were violating cellular phone policy and chose not to either discipline or terminate them.

6.

Upon information and belief, Mrs. Lafanette always followed established curriculum to the best of her knowledge and understanding, was never informed that she had failed to follow curriculum, and. given no opportunity to correct mistakes that she did not know she was making.

7.

Jarreau demonstrated a pattern of discrimination against Mrs. Lafanette, who is a member of a protected class, and intentionally discriminated against Mrs. Lafanette because of her race and disability.

8.

At all relevant times, Jarreau was acting in the course and scope of her employment and had immediate and supervisory authority over Petitioner. Therefore, Immaculate is vicariously liable for the acts of Jarreau under a theory of respondeat superior.

9.

As a result of the discrimination and termination of her employment, Petitioner has suffered and will continue to suffer depression, anxiety, and humiliation.

10.

As a result of the discrimination and termination, Petitioner has suffered and will continue to suffer, loss of wages, loss of earning capacity, past and future mental pain and suffering, loss of enjoyment of life, and humiliation, for which Petitioner is entitled to recover damages in a reasonable amount.

11.

Petitioner avers that her damages exceed the jurisdictional amount necessary for trial by jury.

WHEREFORE, Petitioner, Veronica Lafanette, prays that defendants, Immaculate Conception Cathedral School and Christi Jarreau be duly served with a copy of the foregoing petition and cited to appear and answer the same, and after the lapse of all legal delays and due

proceedings are had, that there be judgment herein in favor of Petitioner, Veronica Lafanette, and against defendants, Immaculate Conception Cathedral School and Christi Jareau, for such damages as are reasonable in the premises, along with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings.

Petitioners further pray for any and all other relief which may be appropriate under the law, nature of the case, and equity.

RESPECTFULLY SUBMITTED,

**JANET MADISON #37495**
**TODD S. CLEMONS #18168**
Todd Clemons & Associates
1740 Ryan Street
Lake Charles, LA 70601
PH: (337) 477-0000
FAX: (337) 477-4580

**NOTE TO CLERK:**

Please serve the defendants as follows:

Immaculate Conception Cathedral School School Board through
Superintendent Kimberlee Gazzolo
1112 Bilbo Street
Lake Charles, Louisiana 70601

Christi Jareau
1536 Ryan Street
Lake Charles, Louisiana 70601

VERONICA LAFANETTE
VS. 2018-005088
IMMACULATE CONCEPTION
CATHEDRAL SCHOOL BOARD

Citation



14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO: CHRISTI JAREAU
1536 RYAN STREET
LAKE CHARLES, LA 70601

Parish of Calcasieu, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of VERONICA LAFANETTE, (PETITION FOR DAMAGES) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 3rd day of December 2018.

Issued and delivered December 13, 2018

Byron Wilkinson
Deputy Clerk of Court

SERVICE INFORMATION

Received on the ______ day of ________________ 20___, and on the ______ day of ________________ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named ______________________________

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of ___________________________, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.

RETURNED:
PARISH OF ______________________ this ______ day of ________________ 20____

SERVICE $__________ BY: ______________________________
Deputy Sheriff

MILEAGE $__________

TOTAL $__________

Party No. P001



C M S 6 2 8 2 8 7 1
Filing Date: 12/13/2018 03:19 PM Page Count: 1
Case Number: 2018-005088
Document Name: Citation

[ File Copy ]
CMS0085

Citation

VERONICA LAFANETTE
VS. 2018-005088
IMMACULATE CONCEPTION
CATHEDRAL SCHOOL BOARD



14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO: IMMACULATE CONCEPTION
CATHEDRAL SCHOOL SCHOOL BD

THROUGH ITS SUPERINTENDENT,
KIMBERLEE GAZZOLO
1536 RYAN STREET
LAKE CHARLES, LA 70601

Parish of Calcasieu, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of VERONICA LAFANETTE, (PETITION FOR DAMAGES) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 3rd day of December 2018.

Issued and delivered December 13, 2018

Byron Wilkinson
Deputy Clerk of Court

SERVICE INFORMATION

Received on the ______ day of ________________ 20___, and on the ______ day of ________________ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named ________________________________

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of ____________________________, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.

RETURNED:
PARISH OF ________________________ this ______ day of ________________ 20____

SERVICE $___________ BY: ______________________________
Deputy Sheriff

MILEAGE $___________

TOTAL $___________

Party No. P001

CMS6282922
Filing Date: 12/13/2018 03:33 PM Page Count: 1
Case Number: 2018-005088
Document Name: Citation

[ File Copy ]
CMS0085

**H. Lynn Jones II**
Clerk of Court and Ex-Officio Recorder
Fourteenth Judicial District of Louisiana
Parish of Calcasieu
Lake Charles, Louisiana

Post Office Box 1030
Lake Charles, Louisiana 70602

Main: 337-437-3550
Fax: 337-437-3350



December 13, 2018

TO: JANET D MADISON
*1740 RYAN STREET
LAKE CHARLES, LA 70601-0000

RE: VERONICA LAFANETTE
VS. NO: 2018-005088
IMMACULATE CONCEPTION CATHEDRAL SCHOOL BOARD

Dear JANET MADISON:

Act 706 of the 2010 Regular Session enacted LSA-RS 13:4688 which requires certain information from lawsuits filed involving actions for offenses or quasi offenses be submitted to the Louisiana Supreme Court's Office of the Judicial Administrator for preservation and compilation of statistical information.

In accordance with Article V, Sections 1 and 5 of the Louisiana Constitution of 1974 and LSA-R.S. 13:4688, Part G Section 13 of the Louisiana Supreme Court's General Administrative Rules was enacted. Section (b) of Part G of Section 13 requires counsel for the plaintiff or the self-represented litigant to complete a Civil Case Cover Sheet Form at the commencement of all litigation involving an action for an offense or quasi-offense. We have not received the reporting form with your lawsuit.

Pursuant to Section (b) of Part G of Section 13 of the Louisiana Supreme Court's General Administrative Rules, we are attaching a copy of the form to be completed in the above captioned matter. Please complete and return the reporting form to our office as soon as possible so as not to delay the filing and processing of your lawsuit.

For your convenience we have placed a copy of the form on our website at http://www.calclerkofcourt.com/ Department-Forms.

Sincerely,

Byron Wilkinson
Byron Wilkinson
Deputy Clerk of Court

C M S 6 2 8 2 9 7 1
Filing Date: 12/13/2018 03:55 PM Page Count: 1
Case Number: 2018-005088
Document Name: Request for Supreme Court Damages Form

[ Original Copy ]
CMS3200

VERONICA LAFANETTE
VS. 2018-005088
IMMACULATE CONCEPTION
CATHEDRAL SCHOOL BOARD

Citation



14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO: CHRISTI JAREAU
1536 RYAN STREET
LAKE CHARLES, LA 70601

Parish of Calcasieu, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of VERONICA LAFANETTE, (PETITION FOR DAMAGES) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 3rd day of December 2018.

Issued and delivered December 13, 2018

Byron Wilkinson
Deputy Clerk of Court

SERVICE INFORMATION

Received on the 14 day of 12 2018, and on the 17 day of 12 2018 served the above named party as follows:

PERSONAL SERVICE on the party herein named Christi Jareau

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of ______________, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.

RETURNED:
PARISH OF Calcasieu this 18 day of 12 2018

SERVICE $______ BY: [signature]
Deputy Sheriff

MILEAGE $______

0945
2

TOTAL $31.06

Party No. P001

SCANNED
DEC 20 2018

FILED DEC 19 2018
Deputy Clerk of Court
Calcasieu Parish, Louisiana

CMS6282871
Filing Date: 12/13/2018 03:19 PM Page Count: 1
Case Number: 2018-005088
Document Name: Citation

[ Original Copy ]
CMS0085

Citation



VERONICA LAFANETTE
VS. 2018-005088
IMMACULATE CONCEPTION
CATHEDRAL SCHOOL BOARD

14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO: IMMACULATE CONCEPTION
CATHEDRAL SCHOOL SCHOOL BD

THROUGH ITS SUPERINTENDENT,
KIMBERLEE GAZZOLO
~~1536 RYAN STREET~~ 1112 Bilbo St.
LAKE CHARLES, LA 70601

Parish of Calcasieu, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of VERONICA LAFANETTE, (PETITION FOR DAMAGES) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 3rd day of December 2018.

Issued and delivered December 13, 2018

Byron Wilkinson
Byron Wilkinson
Deputy Clerk of Court

SERVICE INFORMATION

Received on the 14 day of 12 2018, and on the 17 day of 12 2018 served the above named party as follows:

PERSONAL SERVICE on the party herein named Clauda Bushnell / Sec.

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of ________, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.

RETURNED: PARISH OF Calcasieu this 18 day of 12 2018

BY: [signature]
Deputy Sheriff

SERVICE $______

MILEAGE $______

TOTAL $ 31.06

Party No. P001

2
1445

SCANNED
DEC 20 2018

FILED DEC 19 2018
[signature]
Deputy Clerk of Court
Calcasieu Parish, Louisiana

C M S 6 2 8 2 9 2 2
Filing Date: 12/13/2018 03:33 PM Page Count: 1
Case Number: 2018-005088
Document Name: Citation

[ Original Copy ]
CMS0085