UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| VERONICA LAFANETTE | CIVIL ACTION NO. 2:19-cv-00033 |
| VERSUS | JUDGE JUNEAU |
| IMMACULATE CONCEPTION CATHEDRAL SCHOOL BOARD AND CHRISTI JARREAU | MAGISTRATE JUDGE HANNA |

## **JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that this case is remanded to the 14th Judicial District Court, Calcasieu Parish, Louisiana, for lack of subject-matter jurisdiction, consistent with the report and recommendation.

Signed at Lafayette, Louisiana, this 24th day of June 2019.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE